# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNITED STATES,<br><br>     Plaintiff,<br><br>  v.<br><br>PAUL BAKHOUM,<br><br>     Defendant. | **Court No. 24-00188** |

## ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Richard K. Eaton, is hereby reassigned to the Honorable Stephen Alexander Vaden.

Dated at New York, New York, this 20th day of November, 2024

                /s/ Mark A. Barnett
                Mark A. Barnett
                Chief Judge