UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JUDGE LISA W. WANG

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) |
| v. | )    Court No.  24-00188 |
| PAUL BAKHOUM, | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

On March 2, 2026, the Court ordered that defendant, Mr. Bakhoum, shall file his response to the United States's complaint by Friday May 8, 2026.  Order, ECF No. 25

The parties have negotiated a tentative agreement in this matter but are still in the process of finalizing the terms of their agreement and obtaining all required approvals.

For these reasons, the parties respectfully request the Court extend the stay of all proceedings in this case through June 22, 2026.  The parties respectfully propose to submit a joint status report on June 22, 2026, updating their progress toward settlement or to propose next steps in this case if a settlement is not reached.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

FRANKLIN E. WHITE, JR.
Assistant Director

ROLL & HARRIS LLP
s/ Michael E. Roll
Michael E. Roll
2121 Avenue of the Stars
Suite 800
Los Angeles, CA 90067
Tel: (310) 294-9501
E-mail:
michael.roll@thetradelawfirm.com
Attorneys for Defendant

 s/ Daniel A. Hoffman
DANIEL A. HOFFMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 353-0547
E-mail:      Daniel.A.Hoffman@usdoj.gov

OF COUNSEL:

REMY KRUMPAK
Senior Attorney
Office of the Associate Chief Counsel,
West Region
U.S. Customs and Border Protection
Tel: (323) 229-3515

May 4, 2026

Attorneys for Plaintiff